## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Court of Florida |
|---|---|
| Name (under which you were convicted): CARLOS DURAN | Docket or Case No.: 8:13-CR-2-T-24AEJ |
| Place of Confinement: D. RAY JAMES C.F. | Prisoner No.: 57918-018 |

FILED 2018 JAN -8 AM 11:02
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
|---|---|
| V. | CARLOS DURAN |

MOTION     8:18 cv 61 T 24 AAS

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   **Middle District of Florida, Tampa Division**

   (b) Criminal docket or case number (if you know): 8:13-CR-2-T-24EAJ

2. (a) Date of the judgment of conviction (if you know): N/A
   (b) Date of sentencing: June 25, 2013

3. Length of sentence: 121 months

4. Nature of crime (all counts): Conspiracy to posses with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United states.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒

9. If you did appeal, answer the following:
   (a) Name of court:
   (b) Docket or case number (if you know):
   (c) Result:
   (d) Date of result (if you know):
   (e) Citation to the case (if you know):
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know):
   (2) Result:

   (3) Date of result (if you know):
   (4) Citation to the case (if you know):
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☒   No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: **Middle District of Tampa**
        (2) Docket or case number (if you know): **8:13-cr-00002-T-24AAS**
        (3) Date of filing (if you know): **N/A**

        (4) Nature of the proceeding: **§2255**
        (5) Grounds raised: **Authorization to file a §2255**

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐   No ☒
(7) Result: denied
(8) Date of result (if you know): October 19, 2017

(b) If you filed any second motion, petition, or application, give the same information:
(1) Name of court: Tampa Division United States District Court
(2) Docket of case number (if you know): 8:13-cr-00002-T-24AAS
(3) Date of filing (if you know): N/A
(4) Nature of the proceeding: Amendment 782
(5) Grounds raised: Two Points reduction under §3582(c)(2)

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐   No ☒
(7) Result: Granted
(8) Date of result (if you know): August 31, 2016

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
(1) First petition:    Yes ☐   No ☐
(2) Second petition:   Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE:   Safety Valve Provision , §5C1.2

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner met all the criteria to get the safety valve provision. Please see document attached.

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:

   My lawyer's advice.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☐

   (2) If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:

   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐    No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐    No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**Because my lawyer's advice.**

GROUND TWO:  **Innefective Assistance of Counsel**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**My lawyer had to know that I met the criteria for the safety valve and the minor role reduction. Please see document attached.**

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
**I didnt have a direct appeal because my lawyer's advice.**

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**Because my lawyer's advice to do not do the appeal.**

---

**GROUND THREE:    Minor Role reduction**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
   **Petitioner met the criteria for a minor role reduction, please see document attached.**

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:
    I didnt file an appeal because my lawyer's advice.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☒

    (2) If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

Because my lawyer's advice.

## GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Direct Appeal of Ground Four:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☐
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☐

   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):
   Date of the court's decision:
   Result (attach a copy of the court's opinion or order, if available):

Case 8:18-cv-00061-S_B-AAS   Document 1   Filed 01/08/18   Page 9 of 12 PageID 9

AO 243 (Rev. 01/15)

Page 10

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    1. Safety Valve Provision
    2. Innefective Assistance of Counsel
    3. Minor Role
    All of them because, I dont have a juridic support to do it.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

Case 8:18-cv-00061-S_B-AAS   Document 1   Filed 01/08/18   Page 10 of 12 PageID 10

AO 243 (Rev. 01/15) Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing: N/A

(b) At the arraignment and plea: N/A

(c) At the trial: N/A

(d) At sentencing: N/A

(e) On appeal: N/A

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?  Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ☐  No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:
(c) Give the length of the other sentence:
(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☐  No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Because my lawyer's failure to tell me that I could have the right of the grounds explained here. Those laws protect me and its possible tht you understand me, tht just know I found someone that help me with this issues, Thank You.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
   (1)  the date on which the judgment of conviction became final;
   (2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)   Page 13

Therefore, movant asks that the Court grant the following relief: Petitioner prays this Honorable Court to consider his claims and resentence according with the reduction that the law gives to him. Thank you.

or any other relief to which movant may be entitled. 1. Relief under safety Valve proviions (two points reduction) and minimal role or at least minor role reduction ( 4 or 2 levels less) Thank you.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  27 day of December, 2017
(month, date, year)

Executed (signed) on   December 26, 2017    (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.